# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND D. CHESTER, JR., <br> Plaintiff, <br> v. <br> JOHN De MORALES, et al., <br> Defendants. | Case No. CV 09-4256 DMG(JC) <br><br> JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that: (1) this action is dismissed without prejudice as against the Doe Defendants; and (2) summary judgment is entered in favor of defendants John De Morales, Tom Cahill, Rocky Spurgeon and Rhonda K. Speer.

IT IS SO ORDERED AND ADJUDGED.

DATED: April 4, 2011

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE